**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| YORDANOS LUEL BERHE | CIVIL ACTION NO. 26-0711-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Yordanos Luel Berhe's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 7th day of October, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE